IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                                                                                 No. CR 25-0879 JB

HERIBERTO SALAZAR-AMAYA, et al.,

       Defendants.

### FIRST AMENDED SCHEDULING ORDER[1]

| | |
|---|---|
| 2/9/2026 | Completion of Rule 16 discovery by government (except for the government's continuing duty to disclose). |
| 3/2/2026 | Fed. R. Crim. P. 16 discovery motions.  Reciprocal Rule 16 discovery by defendants (except for the defendants' continuing duty to disclose); Notices of Defenses. |
| 3/16/2026 | Responses to Fed. R. Crim. P. 16 discovery motions. |
| 3/30/2026 | Replies to Fed. R. Crim. P. 16 discovery motions; Response to Notice of Defenses. |
| 4/13/2026 | Fed. R. Crim. P. 12 pretrial motions; Rule 14 motions to sever; Responses to notices of defenses; Motion for James and Co-conspirator statement disclosure. |
| 4/27/2026 | Responses to Fed. R. Crim. P. 12 pretrial motions; Responses to Rule 14 motions to sever; Responses to *James* and co-conspirator statement disclosures, subject to the 5-day joinder agreement. |
| 5/4/2026 | Replies to responses to Rule 12 pretrial motions, to Rule 14 motions to sever, and to *James* and co-conspirator statement disclosures; Government and Defendants' expert witness notices and reports. |
| 5/18/2026 | Objections to expert witness notices and *Daubert* Motions, subject to the 5-day joinder agreement. |
| 6/1/2026 | Replies to expert witness objections and Responses to *Daubert* Motions |
| 6/8/2026 | Replies to *Daubert* motions. |

---

[1] 11.24.2025

| | |
|---|---|
| 6/15/2026 | Motions in *Limine*, Fed. R. Evid 404(b), 609 motions, subject to the 5-day joinder agreement. |
| 6/29/2026 | Responses to motions *in limine,* 404(b) and 609 motions. |
| 7/6/2026 | Replies to motions *in limine,* 404(b) 609 motions. |
| 7/28/2026 | James Hearing; hearing on Fed. R. Evid. 404(b); Daubert hearings. July 28, 2026 at 9:00 a.m. |
| 7/27/2026 | Disclosure of exhibit and witness lists. |
| 8/3/2026 | Objections to exhibit and witness lists. Jury Instructions; proposed *voir dire*; and stipulations. |
| 8/10/2026 | Objections to jury instructions and proposed *voir dire*. |
| 8/17/2026 | Pre-Trial Conference at 10:00 a.m., Vermejo courtroom; Jencks Act Disclosures; Exhibit and witness binders delivered to the Court. |
| 8/24/2026 | Jury Selection/Trial at 9:00 a.m., Vermejo courtroom, Federal Courthouse, Albuquerque, New Mexico. |

The Court further orders that the United States shall continually make available discovery on an ongoing basis and make available to the defendants by the time required by the applicable law all material for which disclosure is mandated by *Giglio v. United States*, 405 U.S. 10 (1972) and the Jencks Act, 18 U.S.C. § 3500, unless disclosure is otherwise required herein.

The Court further orders, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), that the time between the entry of this Order and the trial date is excluded for the purposes of the Speedy Trial Act computation.

_____
UNITED STATES DISTRICT JUDGE

- 3 -

Submitted by:

*/s/*_____
Elaine Y. Ramirez
Raquel Ruiz-Velez
Blake Nichols
Eva Fontanez
Assistant United States Attorneys

Approved electronically by:

Michael Severo, Counsel for Heriberto Salazar-Amaya

Mary Stillinger, Counsel for George Navarrete-Ramirez

Gregory Acton, Counsel for David Altamirano-Lopez

M. Naomi Salazar, Counsel for Misael Lopez-Rubio

Susan Burgess-Farrell, Counsel for Vincent Montoya

Mallory Gagan, Counsel for Roberta Herrera

Shaharazad Booth, Counsel for Alan Singer

Carey Bhalla and Roshanna Toya, Counsel for Kaitlyn Young

Orlando Mondragon, Counsel for Nicholas Tanner